

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Angela Hilton, Individually and as the
Representative of the Estate of Barbara
Jackson, Appellant

No. 06-24-00101-CV     v.

Mark Gibbs, M.D., Paris Orthopedic Clinic,
P.A., Mark Campbell, M.D., Andrew
Fraser, D.O., PRMC Healthcare Group,
Inc., Pia Lippincott, M.D., PRMC ER
Group, Inc., and Essent PRMC, L.P., d/b/a
Paris Regional Health f/k/a Paris Regional
Medical Center, Appellees

Appeal from the 6th District Court of
Lamar County, Texas (Tr. Ct. No. 92471).
Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find no error in the trial court's orders granting Dr. Mark Campbell's motion to dismiss; granting Dr. Mark Gibbs and Paris Orthopedic Clinic, P.A.'s, motion to dismiss; and granting Dr. Pia Lippincott's motion to dismiss. We affirm the orders of the trial court.

We further order that the appellant, Angela Hilton, individually and as the representative of the estate of Barbara Jackson, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 19, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk